FENNEMORE CRAIG, P.C.
John H. Mowbray (admitted *pro hac vice*)
Timothy J. Burke (No. 002568)
Amy Abdo (No. 016346)
Matthew A. Lensch (No. 024725)
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Email: jmowbray@fclaw.com
Email: aabdo@fclaw.com
Email: tburke@fclaw.com
Email: mlensch@fclaw.com

Attorneys for Defendant
Maslon Edelman Borman & Brand, LLP

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Club Vista Financial Services, L.L.C., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Maslon Edelman Borman & Brand, LLP, a Minnesota limited liability partnership,<br><br>    Defendant. | No. 2:10-cv-00412-JAT<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable James A. Teilborg) |

Pursuant to LRCiv. 40.2(d), the parties provide this notice that they have reached a settlement. The parties anticipate filing a stipulation to dismiss this lawsuit in its entirety, with prejudice, within the next thirty (30) days.

Dated this 30th day of April, 2012.

STINSON MORRISON HECKER, LLP          FENNEMORE CRAIG, P.C.


By: /s/ *Lonnie J. Williams, Jr.*          By: /s/ *Amy Abdo*
    Lonnie J. Williams, Jr.                   John H. Mowbray
    Jeffrey J. Goulder                         Timothy J. Burke
    Robert S. Reder                            Amy Abdo
    Alison Carter                              Matthew A. Lensch
    Attorneys for Plaintiffs                   Lewis A. Remele, Jr.
                                               Attorneys for Defendant
                                               Maslon Edelman Borman & Brand, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Lonnie J. Williams, Jr.
Jeffrey J. Goulder
Robert S. Reder
Alison Carter
Stinson Morrison Hecker, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiffs
Club Vista Financial Services, L.L.C
and Club Vista Holdings, Inc.

*/s/ Jennifer Fortner*

6957388