FENNEMORE CRAIG, P.C.
John H. Mowbray (admitted *pro hac vice*)
Timothy J. Burke (No. 002568)
Amy Abdo (No. 016346)
Matthew A. Lensch (No. 024725)
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Email: jmowbray@fclaw.com
Email: aabdo@fclaw.com
Email: tburke@fclaw.com
Email: mlensch@fclaw.com

Attorneys for Defendant
Maslon Edelman Borman & Brand, LLP

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Club Vista Financial Services, L.L.C., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Maslon Edelman Borman & Brand, LLP, a Minnesota limited liability partnership,<br><br>  Defendant. | No. 2:10-cv-00412-JAT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable James A. Teilborg) |

The parties, through their undersigned counsel, stipulate and agree that this matter be dismissed with prejudice as to all parties, with the parties to bear their own costs and attorneys' fees, with no rights to appeal.

Dated this 30th day of May, 2012.

STINSON MORRISON HECKER, LLP          FENNEMORE CRAIG, P.C.


By: /s/ *Lonnie J. Williams, Jr.*              By: /s/ *Amy Abdo*
    Lonnie J. Williams, Jr.                        John H. Mowbray
    Jeffrey J. Goulder                             Timothy J. Burke
    Robert S. Reder                                Amy Abdo
    Alison Carter                                  Matthew A. Lensch
    Attorneys for Plaintiffs                       Lewis A. Remele, Jr.
                                                   Attorneys for Defendant
                                                   Maslon Edelman Borman & Brand, LLP

FENNEMORE CRAIG, P.C.
PHOENIX

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

>Lonnie J. Williams, Jr.
>Jeffrey J. Goulder
>Robert S. Reder
>Alison Carter
>Stinson Morrison Hecker, LLP
>1850 North Central Avenue, Suite 2100
>Phoenix, Arizona 85004-4584
>Attorneys for Plaintiffs
>Club Vista Financial Services, L.L.C
>and Club Vista Holdings, Inc.

*/s/ Jennifer Fortner*

6961603

FENNEMORE CRAIG, P.C.
PHOENIX

- 2 -